# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1007

IBORMEITH IP, LLC,

            Plaintiff-Appellant,

v.

MERCEDES-BENZ USA, LLC, and DAIMLER AG,

            Defendants-Appellees.

Appeal from the United States District Court for the District of New Jersey in case no. 10-CV-5378, Judge Faith S. Hochberg.

Authorized Abbreviated Caption[2]

IBORMEITH IP, LLC v MERCEDES-BENZ USA, 2013-1007

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.